UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-CR-00312-01 |
| | ) | |
| v. | ) | |
| | ) | (Judge Kane) |
| EDWARD SAMPSON JR, | ) | |
| | ) | |
| Defendant. | ) | (Electronically Filed) |

SATISFACTION OF JUDGMENT

TO THE CLERK OF THE COURT:

Satisfaction is hereby acknowledged of that certain judgment

entered on April 15, 2010, in favor of the United States of America,

against the above named defendant.  The Clerk is hereby authorized

and directed to enter satisfaction of record in this action with regard to

the payment of the special assessment, fine, and restitution portions of

the judgment.

Respectfully submitted,
PETER J. SMITH
UNITED STATES ATTORNEY

By:   */s/James T. Clancy*
JAMES T. CLANCY
ASSISTANT U.S. ATTORNEY
235 North Washington Avenue
Scranton, PA  18503
james.clancy@usdoj.gov
PA54339